

**Lucy E. Hill**
Shareholder

lucy.hill@dentons.com
D  412-297-4719

Dentons Cohen & Grigsby P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222-3152
United States

dentons.com

July 19, 2021

SO ORDERED.

[signature]

Paul G. Gardephe
United States District Judge
July 22, 2021

*Via ECF*

The Honorable Judge Paul G. Gardephe
Southern District of New York
40 Foley Square
New York, NY  10007

        Re:    <u>Jaquez v. Fun Factory USA, Inc., No. 1:21-cv-03410-PGG-SDA</u>

Dear Judge Gardephe:

    We represent defendant Fun Factory USA, Inc. ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all court conferences and case deadlines in this action for forty-five (45 days), from July 19, 2021 to September 2, 2021.

    This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

                        Sincerely,

                        DENTONS COHEN & GRIGSBY P.C.

                        */s/ Lucy E. Hill*

                        By:  Lucy E. Hill

LEH/chl
Copy to:  All counsel of record (via ECF)

Davis Brown ▶ East African Law Chambers ▶ Eric Silwamba, Jalasi and Linyama ▶ Durham Jones & Pinegar ▶ LEAD Advogados ▶ Rattagan Macchiavello Arocena ▶ Jiménez de Aréchaga, Viana & Brause ▶ Lee International ▶ Kensington Swan ▶ Bingham Greenebaum ▶ Cohen & Grigsby ▶ Sayarh & Menjra ▶ Larraín Rencoret ▶ For more information on the firms that have  come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.