IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ, on behalf of himself
and all others similarly situated,

            Plaintiff,

-v-

FUN FACTORY USA, INC.,

            Defendant.

Civil Case Number: 1:21-cv-03410-PGG-SDA

[~~PROPOSED~~] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' August 17, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-03410-PGG-SDA**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** \_18\_ **day of August 2021.**

_Paul S. Gardephe_
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE